# J.D. POWER

9/5/2025

## J.D. POWER Used Cars/Trucks

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2021 Chevrolet Blazer Utility 4D LT 2.5L I4 |
| Region: | Southwestern |
| Period: | September 5, 2025 |
| VIN: | 3GNKBBRA3MS506261 |
| Mileage: | 62,500 |
| Base MSRP: | $32,600 |
| Typically Equipped MSRP: | $35,640 |

## J.D. POWER Used Cars/Trucks Values

| Monthly Used | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Rough Trade-In | $15,675 | N/A | N/A | **$15,675** |
| Average Trade-In | $17,025 | N/A | N/A | **$17,025** |
| Clean Trade-In | $18,125 | N/A | N/A | **$18,125** |
| Clean Loan | $16,325 | N/A | N/A | **$16,325** |
| Clean Retail | $20,175 | N/A | N/A | **$20,175** |

**Exhibit C**