___



**SO ORDERED,**

*[signature: Jamie A. Wilson]*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 30, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| Tiffany Lashune Skinner, | ) CASE NO: 23-01631-JAW |
| | ) |
| | ) |
| Debtor(s). | ) Chapter 13 |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

This cause is before the Court on a *Motion for Relief from the Automatic Stay* [Dkt. 57] ("Motion") filed by Credit Acceptance Corp. ("CAC"). Debtor has not filed a response to said Motion. Because it appears that CAC is entitled to the relief sought, the Motion shall be granted. It is therefore hereby:

**ORDERED** that:

(a) the Motion is granted;

(b) the automatic stay in 11 U.S.C. § 362(a) is terminated with respect to Santander and its Collateral (as defined in the Motion as 2014 Jeep Compass, bearing Vehicle Identification Number 1C4NJCEA1ED823235), and Credit Acceptance Corp. may enforce its rights against the Collateral (as defined in the Motion); and

60006476 v1

~~(x) notwithstanding Fed. R. Bankr. P. 4001(a)(4), this order is effective immediately.~~   (JAW)

## ##END OF ORDER##

APPROVED FOR ENTRY BY:

*/s/ Christopher D. Meyer*
Christopher D. Meyer (MS Bar # 103467)
BURR & FORMAN LLP
190 E. Capitol Street, Suite M-100
Jackson, MS  39201
Telephone:  (601) 355-3434
Facsimile:  (601) 355-5150
cmeyer@burr.com

*Attorney for* Credit Acceptance Corp.

60006476 v1