United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 23-01631-JAW
Tiffany Lashune Skinner Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 1
Date Rcvd: Oct 30, 2025     Form ID: pdf012     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tiffany Lashune Skinner, 15162 MS-15 Apt. A104, Decatur, MS 39327 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher D Meyer | on behalf of Creditor Credit Acceptance Corp. cmeyer@burr.com sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Tiffany Lashune Skinner trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 30, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Tiffany Lashune Skinner, | ) | CASE NO: 23-01631-JAW |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter 13 |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

This cause is before the Court on a *Motion for Relief from the Automatic Stay* [Dkt. 57] ("Motion") filed by Credit Acceptance Corp. ("CAC"). Debtor has not filed a response to said Motion. Because it appears that CAC is entitled to the relief sought, the Motion shall be granted. It is therefore hereby:

**ORDERED** that:

(a) the Motion is granted;

(b) the automatic stay in 11 U.S.C. § 362(a) is terminated with respect to Santander and its Collateral (as defined in the Motion as 2014 Jeep Compass, bearing Vehicle Identification Number 1C4NJCEA1ED823235), and Credit Acceptance Corp. may enforce its rights against the Collateral (as defined in the Motion); and

60006476 v1

~~(x) notwithstanding Fed. R. Bankr. P. 4001(a)(4), this order is effective immediately.~~  (JAW)

## ##END OF ORDER##

APPROVED FOR ENTRY BY:

*/s/ Christopher D. Meyer*
Christopher D. Meyer (MS Bar # 103467)
BURR & FORMAN LLP
190 E. Capitol Street, Suite M-100
Jackson, MS  39201
Telephone:  (601) 355-3434
Facsimile:  (601) 355-5150
cmeyer@burr.com

*Attorney for* Credit Acceptance Corp.

60006476 v1