0044-2M-EPIDCTXX-00281536-160627

IN THE UNITED STATES BANKRUPTCY COURT FOR
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   TIFFANY LASHUNE SKINNER                                            CHAPTER 13
        15162 MS-15 Apt. A104                                                      Case No:  23-01631-JAW
        Decatur, MS 39327

## CERTIFICATE OF SERVICE

I, Harold J. Barkley,Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the Motion to Allow Claims in regards to same to the above named Debtor at the address as shown on said Motion by United States Mail, postage prepaid and a copy to Debtor's counsel to either the address as shown on said Motion or by ECF Filing Notification.

So Certified  _03/02/2026_____

                                                           /s/ Harold J. Barkley,Jr.
                                                           Harold J. Barkley,Jr. - Msb #2008
                                                           Chapter 13 Trustee
                                                           Post Office Box 4476
                                                           Jackson, MS 39296-4476
                                                           Fax: 601-362-8826
                                                           Telephone: 601-362-6161
                                                           e-mail: hjb@hbarkley13.com