

# INVOICE

Invoice # 8896
Date: 04/02/2026
Due On: 05/02/2026

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Tiffany Lashune Skinner

### 04917-Skinner Tiffany Lashune

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 08/16/2024 | Reviewed Order and Motion on previous Application for Compensation; drafted Invoice, 4th Application for Compensation, and proposed Order; drafted memo to TR with same attached for his review and approval. | 0.40 | $155.00 | $62.00 |
| Service | TR | 08/16/2024 | Review and approve fee app drafted by JC | 0.10 | $0.00 | $0.00 |
| Service | JC | 08/19/2024 | Reviewed memo from TR regarding Application for Compensation, Invoice, and proposed Order; revised same; converted to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com | 0.20 | $155.00 | $31.00 |
| Service | JC | 08/20/2024 | Reviewed Declaration of Mailing from CertificateofService.com and prepared Application for Compensation, Proposed Order, and Invoice for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/27/2024 | Review: 23-01631-JAW Order on Application for Compensation Document# 44 | 0.10 | $0.00 | $0.00 |
| Service | CO | 02/11/2025 | Incoming Call: Phone conference with debtor providing us with her new address. Updated address in client's file and open task for KAR. Drafted | 0.10 | $0.00 | $0.00 |

| | | | email memo to KAR. | | | |
|---|---|---|---|---|---|---|
| Service | KAR | 02/11/2025 | Reviewed email from CO stating debtor called and provided an updated address; assigned change of address task to JC | 0.10 | $100.00 | $10.00 |
| Service | JC | 02/12/2025 | Call Debtor: Telephone call to debtor; she confirmed that the address she called in is the only address she uses now - that she no longer uses the PO Box; she informed that she tried to just have her mail forward but that was not working so she called us; discussed that she always needs to contact us with any change so we can file the change with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JC | 02/12/2025 | Reviewed Pacer for address on file; drafted Notice of Change of Address; prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | VM | 03/13/2025 | Call Debtor: Received memo from GM informing me debtor called to inquire about options she has as her car is no longer working. Reviewed her case and determined she is. ineligable to convert so I called debtor to inform her of Motion to Incur debt, informed her of what is needed. She inquired about certain minor things, drafted memo to JC to determine proper answer. | 0.20 | $100.00 | $20.00 |
| Service | JC | 03/18/2025 | Call Debtor: Reviewed e-mails from VM and SA informing debtor requested a call; called debtor, left voicemail, drafted text message requesting a call back. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/18/2025 | Incoming Call: Telephone call from debtor; she wanted to know what would happen with her Jeep when she surrendered it; informed it would be picked up; she wanted to know if her payments would change; explained that the attorney would reviewed her updated income and expenses form, remove the Jeep payment from her expenses and then the new payment would be determined; informed that the Order on the Motion takes 4-6 weeks. | 0.20 | $155.00 | $31.00 |
| Service | VM | 03/25/2025 | Review email from debtor: Reviewed email from debtor, updated paystubs and expense page. Drafted email to | 0.20 | $100.00 | $20.00 |

Invoice # 8896 - 04/02/2026

| | | | JC to review documents attached. | | | |
|---|---|---|---|---|---|---|
| Service | JC | 03/25/2025 | Contact Debtor (Text/Email): Reviewed e-mail from VM informing debtor submitted documents for incurring debt; drafted text message to debtor to confirm that she wants to surrender the Jeep and the specific reason for doing so. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/26/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor informing she wants to surrender her a 2014 Jeep Compass because the transmission has gone out and she doesn't have the money to fix it; drafted reply inquiring if she knows the amount to repair the Jeep, and if not, she needs to get an estimate and provide it to us. | 0.10 | $155.00 | $15.50 |
| Service | BB | 05/16/2025 | Incoming Call: Phone conference with debtor requesting an update on incurring debt. Drafted memo to CO. | 0.10 | $100.00 | $10.00 |
| Service | CO | 05/22/2025 | Contact Debtor (Text/Email): Reviewed email from BB stating the debtor was requesting an update on her request to incur debt; Reviewed tasks; documents in file, email and text correspondence with debtor. Drafted text to debtor asking if she ever forwarded the estimate of vehicle repairs. | 0.10 | $100.00 | $10.00 |
| Service | JC | 06/11/2025 | Contact Debtor (Text/Email): Reviewed repair estimate submitted by debtor; reviewed pay stubs submitted previously; drafted text message to debtor informing that I received the estimate and requested April and May pay stubs and the name of the company that wrote the estimate. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/18/2025 | Contact Debtor (Text/Email): Reviewed name of repair shop and updated pay stubs submitted by debtor; drafted text message to debtor to clarify she wants to surrender her 2014 Jeep Compass and inquired if she is also wanting to incur debtor for another vehicle. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/23/2025 | Reviewed text message from debtor informing she does want to surrender the 2014 Jeep Compass and incur | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | debt for a new vehicle; reviewed confirmed plan; drafted task memo to JAC to surrender Jeep; drafted task memo to JAC to analyze to incur new debt. | | | |
| Service | JAC | 06/27/2025 | Analyze to Surrender / Incur | 0.30 | $360.00 | $108.00 |
| Service | JC | 06/30/2025 | Contact Debtor (Text/Email): Drafted text message to debtor providing plan payment if she surrenders Jeep and amount of car payment allowed and inquired if she accepts the terms. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/01/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor informing she wants to proceed with Motion to Incur Debt and surrendering 2014 Jeep Compass inquiring if that would make her payments a little over $100 every two weeks; drafted reply informing that is correct; drafted task memo to JAC requesting she draft Supp I, J. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/03/2025 | Contact Debtor (Text/Email): Prepared Supp I, J for debtor's signature; drafted e-mail via Clio e-sign to obtain debtor's signature on same; drafted text message to debtor to inform e-mail was sent. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/08/2025 | Reviewed NDC claims; reviewed Credit Acceptance POC; drafted Notice, Motion to Modify, and proposed Order; reviewed confirmed Plan and case notes; drafted Notice, Motion to Incur Debt, and proposed Order; drafted e-mail to JAC attaching POC, Plan, Notices, Motions, and proposed Orders for her review. | 0.80 | $0.00 | $0.00 |
| Service | JAC | 07/10/2025 | Review and revise drafted motion/ notice prepared by jc | 0.10 | $0.00 | $0.00 |
| Service | JC | 07/10/2025 | Reviewed memo from JAC regarding Notice, Motion to Incur, and proposed Order; revised same; prepared Notice with Motion for upload to CertificateofService.com. | 0.20 | $0.00 | $0.00 |
| Service | JC | 07/10/2025 | Reviewed Supplemental Schedules I and J executed by debtor; prepared same for upload to the Court. | 0.10 | $0.00 | $0.00 |
| Service | JC | 07/10/2025 | Reviewed memo from JAC regarding Notice, Motion to Modify, and | 0.20 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | proposed Order; revised same to add docket number for Supp I and J; prepared Notice with Motion for upload to CertificateofService.com. | | | |
| Service | JC | 07/11/2025 | Reviewed Declaration of Mailing Notice and Motion to Modify and prepared for filing with the Court along with proposed Order. | 0.10 | $0.00 | $0.00 |
| Service | JC | 07/11/2025 | Reviewed Declaration of Mailing from CertificateofService.com; prepared Motion to Incur Debt and proposed Order for filing with the Court; prepared Notice with Declaration for filing with the Court. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 08/06/2025 | Review: 23-01631-JAW Order on Motion to Incur Debt Document# 51 | 0.10 | $0.00 | $0.00 |
| Service | CO | 08/11/2025 | Incoming Call: Phone conference with debtor regarding notice received in the mail. Reviewed and explained it was the order approving her to incur debt to purchase a new vehicle and explained the terms. She also mentioned she had not returned to work and was concerned about her plan payments. Advised she send it partial payments as she was able to and to in form us as soon as she starts working again. Drafted email memo to JC. | 0.20 | $100.00 | $20.00 |
| Service | JC | 08/13/2025 | Review and respond to email memo: Reviewed e-mail from CO informing debtor has not returned to work and that she suggested telling debtor to pay as much as she can each month since she just received an order on Motion to Incur Debt; reviewed trustee's site - debtor is current on her payments; informed CO that is correct and that if she gets 60 days behind, the TT could file a MTD. | 0.10 | $0.00 | $0.00 |
| Service | CO | 08/13/2025 | Contact Debtor (Text/Email): Reviewed email from JC stating the trustee would object if we filed a motion to suspend plan payments and that they had 60 days of non payment before their trustee filed a motion to dismiss their case. Drafted email to debtor informing of the same. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 08/15/2025 | Review: 23-01631-JAW Order on Motion to Modify Plan Document# 53 | 0.10 | $360.00 | $36.00 |

Invoice # 8896 - 04/02/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | CO | 08/19/2025 | Contact Debtor (Text/Email): Reviewed: 23-01631-JAW Amended Order Upon Employer Directing Deductions from Pay and emailed to debtor. | 0.10 | $100.00 | $10.00 |
| Service | JC | 09/17/2025 | Incoming Call: Telephone call from debtor informing her plan payments were reduced but her employer is still withholding the previous amount. Reviewed amended wage order that was filed on 08/20/2025; reviewed NDC, trustee has not received a payment from employer since 07/21/25; verified employer's name with debtor; informed her that I will send a copy of the amended order and that she will need to contact her employer; verified e-mail address; drafted e-mail to debtor attaching the amended wage order and informing the Order was issued on 08/20/2025, the trustee has not received a payment from her employer since 07/21/25, and that any payments her employer has withheld from her pay since 08/20/2025 in excess of the $95.00 bi-weekly needs to be refunded to her by her employer. | 0.30 | $0.00 | $0.00 |
| Service | JC | 09/19/2025 | Incoming Call: Telephone call from Rose Beason, debtor's employer, regarding amended wage order; reviewed Notice and Amended Order; informed her of the address it was sent to; she said they have moved but are in a temporary office so she cannot provide an address; she requested I e-mail it to her; drafted e-mail attaching same and requesting she let me know the updated address once she knows it. | 0.20 | $0.00 | $0.00 |
| Service | SA | 09/19/2025 | Incoming Call: Call from ∆ to follow up on the wage order being sent to her employer; reviewed task and JC's email to confirm it was emailed to Rose Beason this morning; advised ∆ | 0.20 | $100.00 | $20.00 |
| Service | JC | 10/02/2025 | Call Debtor: Reviewed memo from SA informing debtor requested a call; called debtor; she said she needs to have the surrendered Jeep Compass picked up as she lives in an apartment complex; reviewed trustee's site to obtain creditor's name; reviewed Credit Acceptance's | 0.10 | $0.00 | $0.00 |

Invoice # 8896 - 04/02/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | POC; provided phone number to debtor to call and make arrangements for the vehicle to be picked up. | | | |
| Service | JAC | 10/08/2025 | Review: 23-01631-JAW Motion for Relief From Stay Document# 57 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 10/08/2025 | Review: 23-01631-JAW Hearing Set Document# 60 | 0.10 | $360.00 | $36.00 |
| Service | SA | 10/21/2025 | Incoming Call: Phone conference with Δ to address questions she had about the court notice received; She advised the Jeep in question has been picked up; I advised her the attorney will be attending the hearing on her behalf and if we need anything, we would reach out to her. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 10/30/2025 | Review: 23-01631-JAW Order on Motion For Relief From Stay Document# 62 | 0.10 | $0.00 | $0.00 |
| Service | CO | 02/23/2026 | Reviewed debtor's trustee and case administrator on NDC. Drafted email to trustee case administrator with new employer information. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 02/25/2026 | Review: 23-01631-JAW Release of Wages Document# 64 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/25/2026 | Review: 23-01631-JAW Order Upon Employer Directing Deductions from Pay Document# 65 | 0.10 | $0.00 | $0.00 |
| Service | CO | 02/27/2026 | Contact Debtor (Text/Email): Reviewed: 23-01631-JAW Order Upon Employer Directing Deductions from Pay and emailed to debtor. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 03/02/2026 | Review: 23-01631-JAW Certificate of Service Document# 69 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 03/03/2026 | Review: 23-01631-JAW Motion to Allow Late, Amended, or Supplemental Claim Document# 68 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/03/2026 | Review: 23-01631-JAW Order on Motion to Allow Late Filed/Amended or Supplemental Claim(s) Document# 70 | 0.10 | $360.00 | $36.00 |
| Service | CO | 03/09/2026 | Incoming Call: Phone conference with debtor calling to get clarification on a notice received about a claim filed by Credit Acceptance. Reviewed and informed the creditor filed a late claim and the bankruptcy allowed it to be | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | included. Reviewed plan and informed this was an unsecured debt and her plan is paying back 0% of her unsecured debts. Informed debtor this would not affect her plan payment but would discharge the debt at the end of her bankruptcy. | | | |
| Service | TR | 03/30/2026 | Review and revise itemizations | 0.20 | $0.00 | $0.00 |
| Service | JC | 04/02/2026 | Draft Fee Application and Proposed Order: Reviewed 1st through 4th Applications, Orders, and Invoices filed in case; entered information into Lodestar Analysis spreadsheet and Exhibit B; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting 5th Application for Compensation, Notice, Affidavit, and proposed Order. | 0.60 | $155.00 | $93.00 |

**Services Subtotal** **$912.50**

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 08/19/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| Expense | 07/10/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $26.75 | $26.75 |
| Expense | 07/10/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |

**Expenses Subtotal** **$35.13**

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.9 | $360.00 | $324.00 |
| Jennifer Curry Calvillo | Attorney | 0.6 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 0.4 | $0.00 | $0.00 |
| Shaton Andrews | Non-Attorney | 0.3 | $100.00 | $30.00 |
| Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Jacki Curry | Non-Attorney | 2.7 | $155.00 | $418.50 |
| Jacki Curry | Non-Attorney | 2.2 | $0.00 | $0.00 |
| Vanessa Martinez | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Clara Ortega | Non-Attorney | 0.8 | $100.00 | $80.00 |

Invoice # 8896 - 04/02/2026

| | | | | |
|---|---|---|---|---|
| Clara Ortega | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Kirsten Raimey | Non-Attorney | 0.1 | $100.00 | $10.00 |
| | | | **Subtotal** | **$947.63** |
| | | | **Total** | **$947.63** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5145 | 09/07/2023 | $1,738.24 | $0.00 | $1,738.24 |
| 5719 | 01/10/2024 | $1,408.94 | $0.00 | $1,408.94 |
| 6248 | 05/11/2024 | $239.75 | $0.00 | $239.75 |
| 6800 | 09/15/2024 | $411.50 | $0.00 | $411.50 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8896 | 05/02/2026 | $947.63 | $0.00 | $947.63 |
| | | | **Outstanding Balance** | **$4,746.06** |
| | | | **Total Amount Outstanding** | **$4,746.06** |