**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Tiffany Lashune Skinner, Debtor**          **Case No. 23-01631-JAW**
                                                                                    **CHAPTER 13**

### FIFTH ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $1,720.00 | $18.24 | $1,738.24 | 21 | 09/06/23 |
| $1,385.00 | $23.94 | $1,408.94 | 33 | 01/08/24 |
| $207.00 | $32.75 | $239.75 | 38 | 04/16/24 |
| $411.50 | $0.00 | $411.50 | 44 | 08/22/24 |
| $912.50 | $35.13 | $947.63 | n/a | n/a |
| $4,636.00 | $110.06 | $4,746.06 | | |



# INVOICE

Invoice # 5145
Date: 08/08/2023
Due On: 09/07/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Tiffany Lashune Skinner
302 Martin Luther King Jr Dr
Newton, MS 39345

### 04917-Skinner Tiffany Lashune

## Ch 13 - Tiffany **ineligible for conversion**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 06/09/2023 | Reviewed credit report and selected debts to import/exclude; drafted e-mail to debtor attaching credit report for debtor's review and reference | 0.20 | $150.00 | $30.00 |
| Service | KR | 06/14/2023 | Contact Debtor: Telephone conference with debtor requesting a fax number to fax her document in that are missing. | 0.10 | $150.00 | $15.00 |
| Service | BM | 06/21/2023 | reviewed and organize pay stubs, IDs, Summons, bank statemetns | 0.40 | $100.00 | $40.00 |
| Service | BM | 06/23/2023 | drafted email to client re: missing bank statements | 0.10 | $100.00 | $10.00 |
| Service | JC | 06/23/2023 | Telephone conference with debtor informing she doesn't use CashApp much but e-mail statements to BM; drafted memo to BM to confirm receipt to debtor | 0.10 | $150.00 | $15.00 |
| Service | JAC | 06/26/2023 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from CR, add debts in GIP not on CR | 0.30 | $350.00 | $105.00 |
| Service | JAC | 06/26/2023 | Prepare matrix for debtor to review | 0.10 | $350.00 | $35.00 |
| Service | JAC | 06/26/2023 | draft email to Δ with with instructions to review list of debts | 0.20 | $350.00 | $70.00 |
| Service | JAC | 06/26/2023 | Input Case - read Judge Olack's opinion in debtor's AP (10-05024) denying discharge | 0.20 | $350.00 | $70.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | to determine if there was any affect on current case. Order will not affect any future filings. | | | |
| Service | JAC | 06/26/2023 | Input Case - prepare schedules, SOFA. Calculate income for MT, I. Calculate plan payment | 0.40 | $350.00 | $140.00 |
| Service | JAC | 06/27/2023 | Draft email to debtor with bankruptcy options: Input Case | 0.20 | $350.00 | $70.00 |
| Service | JC | 06/28/2023 | Reviewed e-mail from debtor re: which option she would like to file for her bankrtupcy | 0.10 | $150.00 | $15.00 |
| Service | JC | 07/12/2023 | Telephone call from debtor inquiring if we received her money order and informing she will call to pay the balance to get started tomorrow | 0.10 | $150.00 | $15.00 |
| Service | JC | 07/13/2023 | Telephone call from debtor submitting debit card information to make payment and inquiring how long before her bankruptcy gets started | 0.10 | $150.00 | $15.00 |
| Service | JAC | 07/14/2023 | Prepare Signing Docs | 0.20 | $350.00 | $70.00 |
| Service | TR | 07/17/2023 | Conference w/ client to review and sign initial papers | 0.50 | $350.00 | $175.00 |
| Service | JAC | 07/17/2023 | Prepare case for filing with the Court, file. | 0.20 | $350.00 | $70.00 |
| Service | JAC | 07/17/2023 | Contact Δ - draft and send email to debtor with case number, directions for plan payments, meeting of creditors, debtor's education course | 0.20 | $350.00 | $70.00 |
| Service | JAC | 07/18/2023 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice | 0.30 | $350.00 | $105.00 |
| Expense | KC | 07/18/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $18.24 | $18.24 |
| Service | TR | 07/18/2023 | Review: 23-01631-JAW Meeting of Creditors Chapter 13 Document# 8 | 0.20 | $350.00 | $70.00 |
| Service | KR | 07/20/2023 | Telephone conference with debtor about her first plan payment before her meeting of creditors and the letter she received from the Trustee she would like us to review | 0.20 | $150.00 | $30.00 |
| Service | TR | 07/22/2023 | Review: 23-01631-JAW Order Upon Employer Directing Deductions from Pay Document #11 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/22/2023 | Review: 23-01631-JAW Personal Financial Management Course (Certificate) | 0.10 | $350.00 | $35.00 |

| | | | Document# 13 | | | |
|---------|-----|------------|--------------|------|----------|--------|
| Service | TR | 07/22/2023 | Review: Proof of Claim 23-01631-JAW Philly Finance Document # 1 | 0.10 | $350.00 | $35.00 |
| Service | JC | 07/24/2023 | Reviewed letter from trustee submitted by debtor regarding not needing to pay prior to her meeting of creditors; attorney told her she would need to pay; she does not want to pay if she does not have to as she is on a 10-month pay schedule; drafted e-mail to trustee's office to clarify letter | 0.20 | $150.00 | $30.00 |
| Service | JC | 07/24/2023 | Reviewed credit counseling Certificate submitted by debtor; reviewed docket - filed by Summit | 0.10 | $150.00 | $15.00 |
| Service | JC | 07/24/2023 | Reviewed e-mail from trustee informing debtor is on a 10-month payment plan and the letter is correct | 0.10 | $150.00 | $15.00 |
| Service | JC | 07/26/2023 | Reviewed text message from debtor inquiring when she make her payments; reviewed Plan; drafted reply that plan payments are set up to pay 10 months out of the year (Jan - June, September December) over 5 years. | 0.20 | $150.00 | $30.00 |
| Service | TR | 07/27/2023 | Review: Proof of Claim 23-01631-JAW Quantum3 Group LLC as agent for Document # 2 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/04/2023 | Review: Proof of Claim 23-01631-JAW Credit Acceptance Document # 3 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/04/2023 | Review: Proof of Claim 23-01631-JAW Montgomery Ward Document # 5 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/04/2023 | Review: Proof of Claim 23-01631-JAW Newton Finance, llc. Document # 6 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/04/2023 | Review: Proof of Claim 23-01631-JAW Seventh Avenue Document # 4 | 0.10 | $350.00 | $35.00 |
| Service | JC | 08/06/2023 | Reviewed Meeting of Creditors to determine debtor's trustee; reviewed Schedule B for all bank accounts; reviewed and organized documents required by trustee for meeting of creditors including bank statements, tax returns, pay advice, and copy of driver's license and Social Security card; drafted e-mail to trustee attaching bank, pay, tax, photo ID and SS card for meeting of creditors; drafted text message to debtor to discontinue submitting bank statements and pay | 0.30 | $150.00 | $45.00 |
| Service | TR | 08/08/2023 | Review and revise itemizations | 0.20 | $350.00 | $70.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 2.3 | $350.00 | $805.00 |
| Thomas Rollins | | Attorney | 1.7 | $350.00 | $595.00 |
| Jacki Curry | | Non-Attorney | 1.5 | $150.00 | $225.00 |
| Breanne McDaniel | | Non-Attorney | 0.5 | $100.00 | $50.00 |
| Kerri Rodabough | | Non-Attorney | 0.3 | $150.00 | $45.00 |
| | | | | **Total** | **$1,738.24** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5145 | 09/07/2023 | $1,738.24 | $0.00 | $1,738.24 |
| | | | **Outstanding Balance** | **$1,738.24** |
| | | | **Total Amount Outstanding** | **$1,738.24** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 5719
Date: 12/11/2023
Due On: 01/10/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Tiffany Lashune Skinner
P.O. Box 74
Newton, MS 39345

### 04917-Skinner Tiffany Lashune

### Ch 13 - Tiffany **ineligible for conversion**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Expense | BI | 08/09/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $23.94 | $23.94 |
| Service | TR | 08/09/2023 | Review COS, attach to Motion and file w/ Court | 0.10 | $350.00 | $35.00 |
| Service | JC | 08/14/2023 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee | 0.10 | $150.00 | $15.00 |
| Service | JAC | 08/15/2023 | 341 telephonic hearing | 0.30 | $350.00 | $105.00 |
| Service | JAC | 08/15/2023 | Draft email to Josh in Barkley's office with debtor's bank statements per request at 341 | 0.10 | $350.00 | $35.00 |
| Service | JC | 08/15/2023 | Telephone call from debtor regarding being on a 10-month payment plan and not understanding what the trustee was saying about her payments in the MOC; drafted memo to JAC regarding same | 0.20 | $150.00 | $30.00 |
| Service | JAC | 08/15/2023 | Review & respond to email from JC re Δ plan payments | 0.10 | $350.00 | $35.00 |
| Service | JC | 08/15/2023 | Reviewed text message from debtor submitting her employer's correct address; drafted e-mail to trustee submitting same | 0.10 | $150.00 | $15.00 |
| Service | JC | 08/16/2023 | Reviewed memo from JAC regarding debtor making a partial payment for August as she is on a 10-month payment plan; | 0.20 | $150.00 | $30.00 |

| | | | reviewed plan to determine what a payment would be for one week; reviewed website for trustee's address for sending payments; drafted text message to debtor informing of amount to send and the address | | | |
|---|---|---|---|---|---|---|
| Service | TR | 08/16/2023 | Review: 23-01631-JAW Trustee's Objection to Confirmation of Plan Document# 18 | 0.10 | $350.00 | $35.00 |
| Service | JC | 08/17/2023 | Reviewed text message from debtor regarding making her first payment to trustee; drafted reply regarding same | 0.10 | $150.00 | $15.00 |
| Service | JC | 08/17/2023 | Reviewed e-mail from trustee's office inquiring if debtor receives paychecks in the summer; drafted reply that she does not | 0.10 | $150.00 | $15.00 |
| Service | TR | 08/18/2023 | Review: Proof of Claim 23-01631-JAW Quantum3 Group LLC as agent for Document # 7 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/21/2023 | Review: 23-01631-JAW Amended Order Upon Employer Directing Deductions from Pay Document #19 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/22/2023 | Review: Proof of Claim 23-01631-JAW US Department of Education c/o Nelnet Document # 8 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/05/2023 | Review file and TT portal re: objection to confirmation - draft email to Josh re: settlement or continuance | 0.20 | $350.00 | $70.00 |
| Service | TR | 09/06/2023 | Review: 23-01631-JAW Order on Application for Compensation Document #21 | 0.10 | $350.00 | $35.00 |
| Service | JC | 09/12/2023 | Reviewed new address from debtor which is a post office box; drafted text message inquiring if debtor's physical address is the same | 0.10 | $150.00 | $15.00 |
| Service | JC | 09/12/2023 | Reviewed text message from debtor submitting physical address; reviewed ECF for address on file; drafted Notice of Change of Address and filed | 0.10 | $150.00 | $15.00 |
| Service | JC | 09/13/2023 | Telephone call from debtor regarding putting car in her name that her son is purchasing; drafted memo to TR regarding same | 0.10 | $150.00 | $15.00 |
| Service | TR | 09/15/2023 | Review email memo from JC re: putting son's car in her name - review file - draft memo requesting additional info | 0.10 | $350.00 | $35.00 |
| Service | JC | 09/15/2023 | Reviewed memo from TR inquiring if debtor had a power of attorney for her son; drafted | 0.10 | $150.00 | $15.00 |

Invoice # 5719 - 12/11/2023

| | | | text message to debtor inquiring same | | | |
|---|---|---|---|---|---|---|
| Service | TR | 09/15/2023 | Review: Proof of Claim 23-01631-JAW Midland Credit Management, Inc. Document # 9 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/15/2023 | Review: 23-01631-JAW Order Setting, Resetting, or Continuing a Hearing Document #22 | 0.10 | $350.00 | $35.00 |
| Service | JC | 09/18/2023 | Reviewed text message from debtor informing she does not have a power of attorney for her son; drafted memo to TR informing same | 0.10 | $150.00 | $15.00 |
| Service | TR | 09/20/2023 | Review: Proof of Claim 23-01631-JAW LVNV Funding, LLC Document # 10 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/21/2023 | Review file re: getting car in her name - call trustee to discuss | 0.20 | $350.00 | $70.00 |
| Service | TR | 09/21/2023 | Telephone call to client to discuss putting car in her name for her son - she is probably going to hold off on doing it | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/28/2023 | Review claims register and compare to the Plan to determine if additional claims are needed - none needed | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/29/2023 | Review: Proof of Claim 23-01631-JAW Premier Bankcard, LLC Document # 15 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/29/2023 | Review: Proof of Claim 23-01631-JAW Premier Bankcard, LLC Document # 16 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/29/2023 | Review: Proof of Claim 23-01631-JAW LVNV Funding, LLC Document # 14 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/29/2023 | Review: Proof of Claim 23-01631-JAW First Tower Loan, LLC Document # 11 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/29/2023 | Review: Proof of Claim 23-01631-JAW First Tower Loan, LLC Document # 13 | 0.10 | $350.00 | $35.00 |
| Service | TR | 09/29/2023 | Review: Proof of Claim 23-01631-JAW First Tower Loan, LLC Document # 12 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/11/2023 | Review file and payment history - draft email to Josh Lawhorn on TT MTD | 0.20 | $350.00 | $70.00 |
| Service | TR | 10/18/2023 | Review email from TT on MTD | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/19/2023 | Review: 23-01631-JAW Order on Objection to Confirmation Document #26 | 0.10 | $350.00 | $35.00 |
| Service | TR | 10/25/2023 | Review: 23-01631-JAW Order Confirming Chapter 13 Plan Document #28 | 0.10 | $350.00 | $35.00 |

| Service | TR | 12/11/2023 | Review and revise itemizations | | 0.20 | $350.00 | $70.00 |
|---|---|---|---|---|---|---|---|

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 0.5 | $350.00 | $175.00 |
| Thomas Rollins | | Attorney | 2.9 | $350.00 | $1,015.00 |
| Jacki Curry | | Non-Attorney | 1.3 | $150.00 | $195.00 |
| | | | | **Total** | **$1,408.94** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5145 | 09/07/2023 | $1,738.24 | $0.00 | $1,738.24 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5719 | 01/10/2024 | $1,408.94 | $0.00 | $1,408.94 |
| | | | **Outstanding Balance** | **$3,147.18** |
| | | | **Total Amount Outstanding** | **$3,147.18** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 6248
Date: 04/11/2024
Due On: 05/11/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Tiffany Lashune Skinner
P.O. Box 74
Newton, MS 39345

## 04917-Skinner Tiffany Lashune

## Ch 13 - Tiffany **ineligible for conversion**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 12/11/2023 | Draft 2nd fee application, notice and proposed order | 0.30 | $350.00 | $105.00 |
| Service | JC | 12/11/2023 | Reviewed memo from TR with attached Notice, Application for Compensation, Proposed Order, and Invoice; prepared Notice with Application and Invoice for upload to COS. | 0.10 | $150.00 | $15.00 |
| Expense | BB | 12/11/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $32.75 | $32.75 |
| Service | JC | 12/12/2023 | Reviewed Declaration of Mailing from COS and prepared 21-Day Notice with attached Declaration, Application for Compensation, Proposed Order, and Invoice for filing with the Court. | 0.10 | $150.00 | $15.00 |
| Service | TR | 01/09/2024 | Review: 23-01631-JAW Order on Application for Compensation Document #33 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/12/2024 | Review: 23-01631-JAW Amended Order Upon Employer Directing Deductions from Pay Document #34 | 0.10 | $360.00 | $36.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|-------------|----------|----------|------|-------|
| Thomas Rollins | Attorney | 0.2 | $360.00 | $72.00 |

23-06831-JAW Dkt 72-1 Filed 04/06/24 Entered 04/06/24 16:59:02 Page 12 of 24

| | | | | | |
|---|---|---|---|---|---|
| Thomas Rollins | Attorney | | 0.3 | $350.00 | $105.00 |
| Jacki Curry | Non-Attorney | | 0.2 | $150.00 | $30.00 |
| | | | | **Total** | **$239.75** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5145 | 09/07/2023 | $1,738.24 | $0.00 | $1,738.24 |
| 5719 | 01/10/2024 | $1,408.94 | $0.00 | $1,408.94 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6248 | 05/11/2024 | $239.75 | $0.00 | $239.75 |
| | | | **Outstanding Balance** | **$3,386.93** |
| | | | **Total Amount Outstanding** | **$3,386.93** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.

23-06831-JAW Dkt 72-1 Filed 04/06/24 Entered 04/06/24 16:59:02 Page 12 of 24



# INVOICE

Invoice # 6800
Date: 08/16/2024
Due On: 09/15/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Tiffany Lashune Skinner
P.O. Box 74
Newton, MS 39345

## 04917-Skinner Tiffany Lashune

## Ch 13 - Tiffany **ineligible for conversion**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | TR | 04/11/2024 | Draft fee application and proposed order | 0.30 | $360.00 | $108.00 |
| Service | JC | 04/12/2024 | Reviewed memo from TR with attached Application for Compensation, Proposed Order, and Invoice; prepared all for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | TR | 04/16/2024 | Review: 23-01631-JAW Order on Application for Compensation Document #38 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/18/2024 | Review: 23-01631-JAW Amended Order Upon Employer Directing Deductions from Pay Document #39 | 0.10 | $360.00 | $36.00 |
| Service | BM | 07/15/2024 | Call Debtor: Received voicemail from debtor asking for a call. Call with debtor, she explained that she had a Ch 13 payment that was taken out of her 7/10/24 paystub. She is on a 10 month payment system and only submits payments Sept-June, this is on her confirmed Ch 13 plan. Drafted email to case admin to review and contact Trustee's office. | 0.20 | $100.00 | $20.00 |
| Service | JC | 07/18/2024 | Contact Debtor (Text/Email): Reviewed memo from BM informing debtor is on a 10-month plan but that the trustee took her payment for July; reviewed trustee's site; reviewed debtor's plan; reviewed wage order; drafted text message to debtor informing she needs to contact her | 0.30 | $155.00 | $46.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | employer as the trustee does not take payments, her employer is sending them in; drafted e-mail to trustee's office requesting a refund of the two payments received in July and inquiring about amending the wage order to reflect debtor is on a 10-month plan. | | | |
| Service | JC | 07/18/2024 | Contact Debtor (Text/Email): Reviewed e-mail from trustee's office informing they are going to reach out to debtor's employer, as they do not usually receive payments if the debtor is not working at the time; drafted text message to debtor informing same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/18/2024 | Incoming Call: Telephone call from debtor to clarify what I meant in text message regarding trustee's office contacting employer. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/22/2024 | Contact Debtor (Text/Email): Reviewed e-mail from trustee's office informing payments received in July were for June's payments. Drafted text message to debtor informing same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/22/2024 | Contact Debtor (Text/Email): Reviewed text message from debtor informing she is confused about plan payments; reviewed trustee's site; called debtor; she said she received a check in July for June's employment; explained to her that was for June's payment; discussed that her first check received from her employer by the trustee was Sept 13 and that if the TT had not received the payment in July, that her payments would be delinquent; discussed that her plan is on a 10-month schedule. | 0.20 | $155.00 | $31.00 |
| Service | TR | 08/15/2024 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Thomas Rollins | | Attorney | 0.7 | $360.00 | $252.00 |
| Jacki Curry | | Non-Attorney | 0.9 | $155.00 | $139.50 |
| Breanne McDaniel | | Non-Attorney | 0.2 | $100.00 | $20.00 |
| | | | | **Total** | **$411.50** |

23-06311-JAW Dkt 72 Filed 08/02/24 Entered 08/02/24 09:42:57 Page 14 of 14

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5145 | 09/07/2023 | $1,738.24 | $0.00 | $1,738.24 |
| 5719 | 01/10/2024 | $1,408.94 | $0.00 | $1,408.94 |
| 6248 | 05/11/2024 | $239.75 | $0.00 | $239.75 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6800 | 09/15/2024 | $411.50 | $0.00 | $411.50 |

| | |
|---|---|
| **Outstanding Balance** | **$3,798.43** |
| **Total Amount Outstanding** | **$3,798.43** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.